IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA | **I N D I C T M E N T** |
| v. | Case No. _____ |
| TERRENCE PRESS JOHNSON, JR. | Violations:  18 U.S.C. §§ 922(g)(1), 924(a)(2), and 924(d); and 28 U.S.C. § 2461(c) |

COUNT ONE

**Possession of a Firearm by a Convicted Felon**

The Grand Jury Charges:

On or about August 8, 2019, in the District of North Dakota,

TERRENCE PRESS JOHNSON, JR.,

knowing that he had previously been convicted in any court of the following crime punishable by imprisonment for a term exceeding one year, that is:

- Trafficking in a Controlled Substance in the First Degree, in violation of Ky. Rev. Stat. § 218A.1412, a Class C felony, in Boone Circuit Court, Commonwealth of Kentucky, case number 15-CR-341, judgment entered on or about August 24, 2015,

did knowingly possess in and affecting commerce a firearm, that is:

- One Ruger, Model P90, .45 caliber pistol, serial number 660-29995;

In violation of Title 18, United States Code, Sections 922(g)(1), and 924(a)(2).

FORFEITURE ALLEGATION

The Grand Jury Further Finds Probable Cause That:

Upon conviction of the offense alleged in this Indictment,

TERRENCE PRESS JOHNSON, JR.

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), all firearms involved in the commission of the offense, including, but not limited to, the following:

- One Ruger, Model P90, .45 caliber pistol, serial number 660-29995.

A TRUE BILL:

See Note*
Foreperson

/s/ Drew H. Wrigley
DREW H. WRIGLEY
United States Attorney

JTR/ljc

*No foreperson signature. Original Indictment has been corrected by Order of the Court.